[No. 3911–II.   Division Two.   October 28, 1980.]

I–5 TRUCK SALES AND SERVICES, INC., ET AL,
*Respondents,* v. ROBERT FERRIER, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 35840, Dale M. Nordquist, J., entered January 1, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4538–II.   Division Two.   October 28, 1980.]

THE CITY OF SEATTLE, *Respondent,* v. DIONNE
BRANCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89357, Barbara Durham, J., entered June 21, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3639–1–III.   Division Three.   October 30, 1980.]

STEVEN HOFFMAN, ET AL, *Respondents,* v. WALTER
JOHNSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 32651, Charles W. Cone, J., entered September 10, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 3569–7–III.   Division Three.   October 30, 1980.]

JOHN W. SCOTT, *Respondent,* v. LILAH SMALE LARSEN,
ET AL, *Appellants,* ROLLAND D. ROBERTSON,
*Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 23983, Albert J. Yencopal, J., entered July 17, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.